UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AEROFUND FINANCIAL, INC., | ) | Case No.: C 11-00221 PSG |
| Plaintiff, | ) | **ORDER SETTING FURTHER STATUS CONFERENCE** |
| v. | ) | |
| TOP ZIP, INTERNATIONAL, INC., JON BIHN, OFFICE DEPOT, INC. AND AKA SPORTS, INC., ET AL., | ) | |
| Defendants. | ) | |

A further status conference shall be held on July 12, 2011 at 2PM.

IT IS SO ORDERED.

Dated: June 22, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*