1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AEROFUND FINANCIAL, INC., | ) | Case No.: C 11-00221 PSG |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| TOP ZIP INTERNATIONAL, INC., ET AL., | ) | |
| Defendants. | ) | |

18

19

20

21

22

23

24

25

26

27

28

On July 12, 2011, the parties failed to appear for a status conference. *See* Docket No. 26. Accordingly,

IT IS HEREBY ORDERED that Plaintiff is ordered to show cause in writing no later than August 5, 2011 why the case should not be dismissed for failure to prosecute.

Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: July 28, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge