UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AEROFUND FINANCIAL, INC.,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>TOP ZIP, INTERNATIONAL, INC, ET AL.,<br><br>　　　　　　Defendants. | Case No.: C-11-00221 PSG<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF AEROFUND FINANCIAL, INC. TO MOVE FOR DEFAULT JUDGMENT** |

　　　　The Clerk of the Court entered default against Defendant Jon Bihn ("Bihn") on April 5, 2011[1] and against Defendants Top Zip International, Inc. ("Top Zip") and AKA Sports, Inc. ("AKA Sports") on August 9, 2011.[2]  Plaintiff Aerofund Financial, Inc. ("Aerofund") previously dismissed its claims against Defendant Office Depot, Inc. without prejudice.[3]  As a result, there are no remaining defendants in the case.  Accordingly,

　　　　IT IS HEREBY ORDERED that the deadline for Aerofund to move

---

[1] *See* Docket No. 11.

[2] *See* Docket No. 36.

[3] *See* Docket No. 32.

ORDER, *page 1*

for default judgment against Bihn, Top Zip and AKA Sports is September 30, 2011.

**IT IS SO ORDERED**.

Dated:

_____
PAUL S. GREWAL
United States Magistrate Judge