UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AEROFUND FINANCIAL, INC., | ) | Case No.: C-11-00221 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING DEADLINE FOR** |
| v. | ) | **PLAINTIFF AEROFUND** |
| | ) | **FINANCIAL, INC. TO MOVE FOR** |
| TOP ZIP, INTERNATIONAL, INC, ET | ) | **DEFAULT JUDGMENT** |
| AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Clerk of the Court entered default against Defendant Jon Bihn ("Bihn") on April 5, 2011[1] and against Defendants Top Zip International, Inc. ("Top Zip") and AKA Sports, Inc. ("AKA Sports") on August 9, 2011.[2]  Plaintiff Aerofund Financial, Inc. ("Aerofund") previously dismissed its claims against Defendant Office Depot, Inc. without prejudice.[3]  As a result, there are no remaining defendants in the case.  Accordingly,

IT IS HEREBY ORDERED that the deadline for Aerofund to move

---

[1]    *See* Docket No. 11.

[2]    *See* Docket No. 36.

[3]    *See* Docket No. 32.

1 | for default judgment against Bihn, Top Zip and AKA Sports is September 30, 2011.

2 |     **IT IS SO ORDERED**.

3

4 | Dated:

5 | _____
PAUL S. GREWAL
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28