1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AEROFUND FINANCIAL, INC., | Case No.: 11-cv-00221-LHK |
| Plaintiff, | ORDER ADOPTING MAGISTRATE |
| v. | JUDGE'S REPORT AND |
| | RECOMMENDATION RE: MOTION |
| TOP ZIP INTERNATIONAL, INC., et al., | FOR DEFAULT JUDGMENT |
| Defendants. | |

The Court has reviewed Magistrate Judge Paul S. Grewal's Report and Recommendation Regarding Plaintiff Aerofund Financial, Inc.'s ("Plaintiff") Motion for Default Judgment. The time for objections has passed, and Defendants have filed none. *See* 28 U.S.C. § 636(b)(1). The Court finds the Report correct, well-reasoned, and thorough, and accordingly adopts it in every respect. Plaintiff's Motion for Default Judgment is therefore GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation.

**IT IS SO ORDERED.**

Dated: December 15, 2011

LUCY H. KOH
United States District Judge

Case No.:  11-CV-00221-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION RE: MOTION FOR DEFAULT JUDGMENT